United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

   *Defendants*.

No. 4:18-cr-00368

**AMENDED ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE THE TRIAL SETTING AND ISSUE A REVISED SCHEDULING ORDER**

On this date, the Court considered the Parties Agreed Joint Motion to Continue the Trial Setting and Issue a Revised Scheduling Order. The Court finds that failure to grant a continuance would result in the miscarriage of justice and that a continuance is necessary to allow reasonable time for trial preparation. The Motion is hereby GRANTED.

The following amended dates shall govern the disposition of this case:

| | |
|---|---|
| **Pretrial motions shall be filed by** | August 8, 2022 |
| **Responses shall be filed by** | August 29, 2022 |
| **Proposed voir dire/jury charge by** | September 5, 2022 |
| **Pretrial conference** | September 8, 2022 at 2:30 p.m. |
| **Jury Selection/Trial in this case is set** | September 12, 2022 at 9:00 a.m. |

It is so ORDERED.  June 6, 2022.

_____
The Honorable Alfred H. Bennett
United States District Judge