UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

**DEFENDANT BREIMEISTER'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULES OF EVIDENCE 803(6) & 902(11)**

TO THE HONORABLE ALFRED H. BENNETT:

Scott Breimeister gives notice of his intent to introduce the following business records by declaration under Rules of Evidence 803(6) and 902(11). These records are admissible pursuant to a certificate of authenticity (or a business records affidavit) signed by a custodian of records or any qualified person who can attest that the records are authentic:

1. Invoices from Kathleen L. DeBruhl & Associates, LLC (188 pages) (DX BREIM 1), certificate of authenticity dated October 20, 2022;

2. Invoices from Jeb Brown Law Firm (74 pages) (DX BREIM 3), certificate of authenticity dated October 25, 2022; and

3. Time records from Shands, Elbert, Gianoulakis & Giljum, LLP (102 pages); (DX BREIM 3), certificate of authenticity dated October 19, 2022.

1

Respectfully submitted,

*/s/ Josh Schaffer*

Josh Schaffer
State Bar No. 24037439
1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

*/s/ Dan Cogdell*

Dan Cogdell
State Bar No. 04501500
811 Main Street, Suite 2900
Houston, TX 77002
713.437.1869
713.437.1810 facsimile)
dcogdell@joneswalker.com

Attorneys for Defendant
SCOTT BREIMEISTER

## CERTIFICATE OF SERVICE

I served a copy of this document on all parties by electronic service on November 3, 2022.

*/s/ Josh Schaffer*

Josh Schaffer