UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | |
| § | NO. 4:18-CR-368 |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREIMEISTER, § | |
| VLADIMIR REDKO, M.D., § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE McADA, JR. § | |

### NOTICE OF APPEARANCE OF COUNSEL

**Comes now Nicholas H. Norris** of the law firm Jones Walker LLP and files this Notice of Appearance of Counsel for Scott Breimeister, who is the Defendant in this case. All communications from the Court or counsel regarding this case shall be sent to the undersigned, in addition to Breimeister's current counsel: Dan Cogdell and Josh Schaffer. If the undersigned counsel has a change of address, phone, fax or email, Counsel shall notify the Court and respective counsel of such changes in a timely manner.

Respectfully submitted,

**JONES WALKER LLP**

*/s/ Nicholas Norris*
Nicholas Norris
TBN: 24090810
811 Main Street
Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1836
Facsimile: (713) 437-1810
nnorris@joneswalker.com

## **CERTIFICATE OF SERVICE**

I filed a true and correct copy of the foregoing document with the Court's ECF system on November 7, 2022, and electronic notification was sent to the attorney for the government.

*/s/ Nicholas Norris*