IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:18-CR-00368 |
| | § | |
| BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., AND RONNIE MCADA, JR. | § § § § § | |

## DEFENDANT BREIMEISTER'S SECOND ADDENDUM TO EXHIBIT LIST

| Exhibit | Description | Offered | Identified | Admitted |
|---|---|---|---|---|
| 500. | Heartland Declaration | | | |
| 501. | Script Flow Chart | | | |
| 502. | Breimeister email 6.12.15 | | | |
| 503. | Breimeister email 5.27.15 | | | |
| 504. | Breimeister email 5.17.15 | | | |
| 505. | Breimeister email 3.9.15 | | | |
| 506 | Breimeister email 3.27.15 | | | |
| 507. | Breimeister email 2.27.15 | | | |
| 508. | Breimeister email 9.30.14 | | | |
| 509. | Carr email 8.26.16 | | | |
| 510. | Breimeister email 7.25.14 | | | |
| 511. | Breimeister email 4.2.15 | | | |
| 512. | Breimeister email 4.24.15 | | | |
| 513. | Emails re MHT Midspan 3.28.16 | | | |
| 514. | Carr email 8.28.14 | | | |
| 515. | Carr email 5.20.15 | | | |
| 516. | Carr email 2.15.16 | | | |
| 517. | Car email 9.27.16 | | | |
| 518. | Carr email 10.18.16 | | | |
| 519. | Haynes email 11.29.16 | | | |
| 520. | Carr & Haynes emails 11.716 | | | |

1

| Exhibit | Description | Offered | Identified | Admitted |
|---|---|---|---|---|
| 521. | Breimeister email 10.13.16 | | | |
| 522. | Carr & Haynes emails 10.11.16 | | | |
| 523. | Breimeister email 10.16.14 | | | |
| 524. | Branko Milosevic email 8.5.14 | | | |
| 525. | Breimeister email 9.9.14 | | | |
| 526. | *Blank* | | | |
| 527. | Photo | | | |
| 528. | Photo | | | |
| 529. | Photo | | | |
| 530. | Copay collection policy 9.22.14 | | | |
| 531. | | | | |
| 532. | Mayeur Email 5.17.16 | | | |
| 533. | Mayeur Email 8.24.15 | | | |
| 534. | Mayeur Email 11.18.14 | | | |
| 535. | Mayeur Email 1.19.15 | | | |
| 536. | Mayeur Email 8.11.15 | | | |
| 537. | Mayeur Email 1.19.17 | | | |
| 538. | Mayeur Email 2.3.15 | | | |
| 539. | Mayeur Transcript | | | |
| 540. | Mayeur Email 11.6.15 | | | |
| 541. | Mayeur Email 12.22.16 | | | |

Respectfully submitted,

*/s/ Josh Schaffer*
Josh Schaffer
TBN: 24037439
1021 Main Street, Ste. 1440
Houston, Texas 77002
Office:  (713) 951-9555
Facsimile:  (713) 951-9854
Email: josh@joshschafferlaw.com

*/s/ Dan L. Cogdell*
Dan L. Cogdell
TBN: 04501500
811 Main Street, 29th Floor
Houston, Texas 77002
Office:  (713) 437-1869
Facsimile:  (713) 437-1810
Email: dcogdell@joneswalker.com

ATTORNEYS FOR DEFENDANT
SCOTT BREIMEISTER

## CERTIFICATE OF SERVICE

I certify that I served this First Addendum to Exhibit List on all parties by the Court's electronic filing system on November 21, 2022.

*/s/ Josh Schaffer*
Josh Schaffer