AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:18-CR-00368 |
| Brian Swiencinski, et al | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  University of Texas School of Law
Human Resources
727 East Dean Keeton St.
Austin, Texas 78705        TexasLaw-HR@law.utexas.edu; amanda.schaefer@law.utexas.edu

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Please produce documents via email (josh@joshschafferlaw.com), in person production is not necessary. | Courtroom No.: | 9A |
| | | Date and Time: | 01/16/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All employee files and records for Aleza Simone Remis.

*(SEAL)*

Date:  _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Scott Breimeister
_____ , who requests this subpoena, are:

Josh Schaffer
1021 Main St., Ste. 1440
Houston, Texas 77002
(713) 951-9555
josh@joshschafferlaw.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:18-CR-00368

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: