UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. 4:18-CR-368 |
| SCOTT BREIMEISTER (02) | § | |

# **ORDER**

Defendant Breimeister's opposed motion to bar a retrial based on double jeopardy, to dismiss the superseding indictment based on outrageous governmental conduct, or for other relief is **GRANTED**.  A more detailed order will follow.

SIGNED ON _____, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge