United States District Court
Southern District of Texas
**ENTERED**
April 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CAUSE NO. 4:18-CR-368 |
| SCOTT BREIMEISTER (02) | § | |

## ORDER

Defendant Breimeister's opposed motion to withdraw the order denying his Double Jeopardy motion and to conduct a hearing on the Double Jeopardy issue, and his unopposed motion for the Court to make findings of fact and conclusions of law on his motion to bar a retrial based on Double Jeopardy is **GRANTED**.

The Court **WITHDRAWS** its oral order of April 4, 2023, denying Breimeister's opposed motion to bar a retrial based on Double Jeopardy.

The Court **ORDERS** the Government to respond to Breimeister's opposed motion to bar a retrial based on Double Jeopardy by 4/28, 2023.

The Court **SETS** Breimeister's opposed motion to bar a retrial based on Double Jeopardy for a hearing on 5/4/23 2:30 pm, 2023.

~~The Court will make written findings of fact and conclusions of law on the Double Jeopardy motion at a future date.~~

~~The Court finds that Breimeister's opposed motion to bar a retrial based on Double Jeopardy is **NOT FRIVOLOUS**.~~

SIGNED ON APR 17 2023, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge