UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

## ORDER

Defendant Breimeister's opposed motion for the Government to disclose all cases on which members of the "Review Team" have worked with members of the "Trial Team" is **GRANTED**.

The Court **ORDERS** the Government to disclose to the Court and counsel for Breimeister no later than 5:00 p.m. on May 3, 2023, a list of all cases—past, pending, and ongoing investigations that have not resulted in charges—on which one or more members of the "Review Team"—including but not limited to Allan Medina, Alexander Kramer, any other DOJ employees, and any case agents—represented the Government along with one or members of the "Trial Team"—including but not limited to Aleza Simone Remis, Devon Morel Helfmeyer, Katherine Shettig Raut, Steven Sandh, Dino Vergara, Angela Tucker, Derek Harmon, Patricia Garcia, Amel Khirieh, any other DOJ employees, and any other case agents. If there are any responsive ongoing investigations that have not resulted in charges, the Government may identify them by alias.

SIGNED ON _____, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge