UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

## ORDER

Defendant Breimeister's opposed motion for the Government to disclose the reports and rough notes from the witness interviews that the "Review Team" conducted with members of the "Trial Team" is **GRANTED**.

The Court **ORDERS** the Government to disclose the responsive reports and rough notes to counsel for Breimeister no later than 5:00 p.m. on May 3, 2023.

SIGNED ON _____, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge