UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

## **DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND**

TO UNITED STATES DISTRICT JUDGE ALFRED H. BENNETT:

Scott Breimeister, defendant, files Defendant's Unopposed Motion To Modify Bond, and would show as follows:

### I.

Breimeister has been on pretrial release without incident since June of 2018. After a six-week trial in 2022, the Court declared a mistrial on December 13, 2022. As the Court continues to navigate thorny post-trial matters, Breimeister remains released under supervision. His travel is restricted to parts of Texas, Michigan, and Wisconsin.

Breimeister requests that the Court modify his conditions of release so he may travel throughout the United States without restriction and without having to trouble the Court with travel requests. Counsel has conferred with the lead prosecutor, Dan Griffin, and he does not oppose this request.

Breimeister respectfully requests that the Court grant this motion.

Respectfully submitted,

*/s/ Josh Schaffer*
Josh Schaffer
State Bar No. 24037439
Federal ID No. 33073

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Defendant
SCOTT BREIMEISTER

## **CERTIFICATE OF CONFERENCE**

I conferred with Dan Griffin, the prosecutor, on June 5, 2023, and he does not oppose this request.

*/s/ Josh Schaffer*
Josh Schaffer

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all parties by electronic filing on June 5, 2023.

*/s/ Josh Schaffer*
Josh Schaffer