UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

## DEFENDANT BREIMEISTER'S NOTICE OF APPEAL

TO UNITED STATES DISTRICT JUDGE ALFRED H. BENNETT:

Pursuant to Federal Rules of Appellate Procedure 3 and 4(b), defendant Scott Breimeister gives notice that he is appealing the denial of relief in this Court's Order of June 27, 2023 (Doc. 513), to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/ Josh Schaffer*

Josh Schaffer
State Bar No. 24037439
Federal ID No. 33073

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Defendant
SCOTT BREIMEISTER

1

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all parties by electronic filing on July 7, 2023.

*/s/ Josh Schaffer*
Josh Schaffer
