United States District Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. 4:18-CR-368-2 |
| SCOTT BREIMEISTER (02) | § § | |

## ORDER

Breimeister's Unopposed Motion To Modify Bond (Doc. #504) is GRANTED. Breimeister's conditions of bond are ORDERED modified to allow him to travel throughout the United States without restriction.

SIGNED on ___JUL 0 7 2023___ 2023.

Honorable Alfred H. Bennett
United States District Judge