UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. 4:18-CR-368 |
| SCOTT BREIMEISTER (02) | § § | |

## ORDER

Scott Breimeister's opposed motion to order the Fraud Unit of the Criminal Division of the Department of Justice to pay the cost of the transcripts for the appeal is **GRANTED**. The Court ORDERS the court reporters to submit their invoices for payment to Dan Griffin, counsel for the Government, and for the Department of Justice to pay those invoices in full.

SIGNED on _____, 2023.

Honorable Alfred H. Bennett
United States District Judge