**TRANSCRIPT ORDER FORM (6/01/13)** PLEASE READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Southern District of Texas (Houston Division)</u>   District Court Docket No. <u>4:18-cr-368-2</u>

Short Case Title <u>USA v. Breimeister</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Heather Alcaraz</u>

Date Notice of Appeal Filed in the District Court <u>07/07/2023</u>   Court of Appeals No. <u>23-20326</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

   **Check all of the following that apply, include date of the proceeding.**

   This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 09/07/2022 | Miscellaneous Hearing | Hon. Alfred H. Bennett |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

■Other _____ motion pending for court to order USA to pay for transcripts

Signature <u>/s/ Josh Schaffer</u>   Date Transcript Ordered <u>07/21/2023</u>

Print Name <u>Josh Schaffer</u>   Phone <u>713-951-9555</u>

Counsel for <u>Appellant/Defendant Scott Breimeister</u>

Address <u>1021 Main St., Suite 1440, Houston, TX 77002</u>

Email of Attorney: <u>josh@joshschafferlaw.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

   ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to-be-filed with the Court of Appeals.)

   This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____