**NITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 18-CR-368** |
| | § | |
| **BRIAN SWIENCINKSI,** | § | |
| **SCOTT BREIMEISTER,** | § | |
| **CHRISTOPHER INCE, and** | § | |
| **RONNIE MCADA,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Defendant Scott Breimeister's Opposed Motion to Order the Government to Pay the Cost of the Appeal Transcripts (Doc. No. 535) and the United States' response thereto (Doc. No. 543). Having reviewed the parties' submissions and applicable legal authority, the Court DENIES Defendant Breimeister's motion.

It is so ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge