United States District Court
Southern District of Texas
**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 18-CR-368 |
| § | |
| BRIAN SWIENCINKSI, § | |
| SCOTT BREIMEISTER, § | |
| CHRISTOPHER INCE, and § | |
| RONNIE MCADA, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are Defendant Scott Breimeister's Opposed Motion to Order the Government to Pay the Cost of the Appeal Transcripts (Doc. No. 535) and the United States' response thereto (Doc. No. 543). Having reviewed the parties' submissions and applicable legal authority, the Court DENIES Defendant Breimeister's motion.

It is so ORDERED.

AUG 0 9 2023
Date

The Honorable Alfred H. Bennett
United States District Judge