UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

# **ORDER**

Breimeister's Unopposed Motion To Modify Bond is GRANTED. Breimeister's conditions of bond are ORDERED modified to eliminate the requirement that he maintain employment.

SIGNED on August ____, 2023.

Honorable Alfred H. Bennett
United States District Judge