Case 4:18-cr-00368   Document 571   Filed on 08/23/23 in TXSD   Page 1 of 1
Case 4:18-cr-00368   Document 548-1   Filed on 08/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 23, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. 4:18-CR-368 |
| § | |
| SCOTT BREIMEISTER (02) § | |

## ORDER

Breimeister's Unopposed Motion To Modify Bond is GRANTED. Breimeister's conditions of bond are ORDERED modified to eliminate the requirement that he ~~maintain~~ *provide proof of* employment. *via paystubs.*

SIGNED on August AUG 23 2023.



_____
Honorable Alfred H. Bennett
United States District Judge