United States Courts
Southern District of Texas
FILED
December 04, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

---

No. 23-20163

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

BRIAN SWIENCINSKI,

*Defendant—Appellant,*

CONSOLIDATED WITH

---

No. 23-20326

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

SCOTT BREIMEISTER,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-368-2

No. 23-20163
c/w No. 23-20326

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to view and obtain sealed documents is GRANTED.

/s/ Dana M. Douglas
DANA M. DOUGLAS
*United States Circuit Judge*

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-20326    USA v. Breimeister  
                     USDC No. 4:18-CR-368-2

The court has considered the motion of Scott Breimeister to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Scott Breimeister may obtain all ex parte documents *filed on behalf of* Scott Breimeister, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Rebecca L. Leto, Deputy Clerk  
                                  504-310-7703

Ms. Samantha Bateman  
Mr. Brandon Nelson McCarthy  
Ms. Carmen Castillo Mitchell  
Mr. Nathan Ochsner  
Ms. Rachel Malone Riley  
Mr. Jeremy Raymond Sanders  
Mr. Josh Barrett Schaffer  
Mr. Robert Thomas Smith  
Mr. Michael A. Villa Jr.

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff – Appellee § | |
| § | |
| V. § | CAUSE NO. 23-20326 |
| § | |
| SCOTT BREIMEISTER, § | |
|     Defendant – Appellant § | |

### APPELLANT'S UNOPPOSED MOTION
### TO VIEW AND OBTAIN SEALED DOCUMENTS

Scott Breimeister files Appellant's Unopposed Motion To View And Obtain Sealed Documents and would show as follows:

I.

This is an interlocutory appeal from the district court's denial of appellant's motion to bar a retrial based on double jeopardy. His brief is due on December 26, 2023.

II.

Some important pleadings relevant to the appeal were filed under seal in the district court. Appellate counsel must view them to prepare the brief and cite to the pertinent portions of the record.

### CONCLUSION

Appellant respectfully requests that the Court grant this motion and order the district clerk to give counsel access to all the sealed documents to prepare the brief.

1

Respectfully submitted,

*/s/ Josh Schaffer*
Josh Schaffer
State Bar No. 24037439
josh@joshschafferlaw.com

1021 Main, Suite 1440
Houston, TX 77002
(713) 951-9555
(713) 951-9854 (facsimile)

Attorney for Appellant
SCOTT BREIMEISTER

## CERTIFICATES OF CONFERENCE AND SERVICE

I conferred with Samantha Bateman, appellate counsel for the Department of Justice, by electronic mail on November 29, 2023. She told me that the Government does not oppose this request. I served a copy of this document on her by electronic filing on November 29, 2023.

*/s/ Josh Schaffer*
Josh Schaffer

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements in Rule 32(g)(1). It was prepared with Microsoft Word 365, uses Times New Roman 14-point font, and contains 118 words, exclusive of what is not counted in Rule 32(f).

*/s/ Josh Schaffer*
Josh Schaffer

2