United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. 18-CR-368 |
| § | |
| SCOTT BREIMEISTER, § | |
| § | |
| Defendant. § | |

### ORDER

The Court has considered the United States' unopposed motion to unseal the docket in the above-captioned case.

It is hereby ORDERED that this matter be unsealed going forward (but leaving sealed all prior sealed filings, orders, transcripts, etc.).

Date: __SEP 0 5 2025__

The Hon. Alfred H. Bennett
United States District Judge