# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                             Case Number: 4:18−cr−00368

Scott Breimeister

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Scott Breimeister as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/20/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date: December 12, 2025                                                         Nathan Ochsner, Clerk