# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

United States Courts
Southern District of Texas
FILED

*April 23, 2026*

Nathan Ochsner, Clerk of Court

U. S. COURT OF APPEALS
RECEIVED
APR 22 2026
FIFTH CIRCUIT

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Scott Breimeister
v. United States
No. 25-407
(Your No. 23-20326)
USDC NO. 4:18-cr-368-2

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**

**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 23-20326   USA v. Breimeister
                  USDC No. 4:18-CR-368-2

Dear Mr. Ochsner,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *S. Rasheed*

          By: _____
          Shatyra Rasheed, Deputy Clerk
          504-310-7646