**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:18–cr–00368 |
| | § | |
| Scott Breimeister | § | |

# Notice of Cancellation

A proceeding in this case as to Scott Breimeister has been canceled as set forth below.

Canceled setting: Status Conference

Date and Time: May 10, 2026 at 10:00 AM

Date: May 7, 2026

Nathan Ochsner, Clerk