**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 18-CR-368** |
| | § | |
| **SCOTT BREIMEISTER,** | § | **Hon. Alfred H. Bennett** |
| | § | |
| **Defendant.** | § | |

## MOTION TO RESET STATUS DATE AND EXCLUDE TIME

The United States, by and through the undersigned counsel, respectfully submits this motion requesting the Court enter the proposed order (a) setting this matter for an in-person status conference on July 31, 2026, at 9:00 a.m. and (b) holding that the time from May 8, 2026 through July 31, 2026, constitutes excludable delay under 18 U.S.C. § 3161(h)(7).

The Court previously scheduled a status conference in this case for May 8, 2026. *See* Dkt. No. 718. On May 7, 2026, the parties conferred and jointly moved to continue the status conference. The parties requested the status conference be continued because they are engaged in discussions and working towards a resolution of this case. The parties advised the Court that, if the case cannot be resolved by July 31, 2026, they will request a trial date. The Court subsequently granted the parties' oral motion to continue the May 8, 2026 status conference.

For these reasons, the government respectfully requests that this Court enter the proposed order (a) setting this matter for an in-person status conference on July 31, 2026, at 9:00 a.m. and (b) holding that the time from May 8, 2026 through July 31, 2026, constitutes excludable delay under 18 U.S.C. § 3161(h)(7).

The parties have conferred and consent to the form and entry of the proposed order.

Dated: May 15, 2026

Respectfully submitted,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*/s/ Nicholas K. Peone*
Nicholas K. Peone
Kelly M. Warner
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
(202) 923-7818
nicholas.peone@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on May 11, 2026, counsel for the United States consulted with counsel for the Defendant Scott Breimeister on the proposed order, who indicated he consents to the form and entry of the same.

*/s/Nicholas K. Peone*
Nicholas K. Peone
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice