**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                           Case Number: 4:18−cr−00368

Scott Breimeister

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  7/31/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date: May 22, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk