# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                            Case Number: 4:18−cr−00368

Scott Breimeister

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/11/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date: July 31, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk