**U.S. Department of Justice**

*National Fraud Enforcement Division*
*Health Care Fraud Section*

*Nicholas K. Peone*
*Trial Attorney*
*(202) 923-7818*

September 25, 2026

The Honorable Alfred H. Bennett
U.S. District Judge
U.S. District Court for the Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Street, Room 9110
Houston, Texas 77002

Re: United States v. Scott Breimeister, No. 18-cr-368

Dear Judge Bennett,

Attached is a proposed order for a continuance and exclusion of time that effectuates the re-setting of the September 11, 2026 status conference for October 9, 2026.

The parties consent to the form and entry of the proposed order.

Thank you for your consideration.

Respectfully submitted,

By: *s/Nicholas K. Peone*
NICHOLAS K. PEONE
Trial Attorney
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice