**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 18-CR-368** |
| | § | |
| **SCOTT BREIMEISTER,** | § | |
| | § | |
| **Defendant.** | § | |

**[Proposed] ORDER**

The Court considered the government's unopposed motion on September 10, 2026 to continue the status conference scheduled for September 11, 2026. The Court hereby sets this matter for an in-person status conference on October 9, 2026 at 9:30 a.m.

Additionally, the Court holds that the time from September 11, 2026 through October 8, 2026, constitutes excludable delay under 18 U.S.C. § 3161(h)(7). The parties have represented that they are engaged in plea discussions and working towards a resolution of the case. The parties have further represented that they are making progress toward that end.

As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

It is ORDERED that a period of excusable delay shall consist of the period starting on July 31, 2026, through and including October 9, 2026.

It is so ORDERED.

Date: ________________________

________________________
The Hon. Alfred H. Bennett
United States District Judge

Consented to as to form and entry:

*/s/Nicholas K. Peone*
Trial Attorney
U.S. Department of Justice

*/s/Josh Schaffer*
Josh Schaffer
Counsel for Defendant