**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:18−cr−00368

Scott Breimeister

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Scott Breimeister as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/16/2026

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date: October 4, 2026 Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk