United States Courts
Southern District of Texas
FILED

OCT 16 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:18-CR-368 |
| | § | NKP HBS |
| SCOTT BREIMEISTER, | § | |
| Defendant. | § | |

**SUPERSEDING INFORMATION**

The United States charges that:

**COUNT ONE**
**Introducing a Misbranded Drug into Interstate Commerce**
**(21 U.S.C. §§ 331(a), 333(a)(1))**

Between in or about September 2014 and in or about September 2016, in the Houston Division of the Southern District of Texas and elsewhere, the Defendant,

**SCOTT BREIMEISTER,**

introduced and delivered for introduction into interstate commerce, and caused to be introduced and delivered for introduction into interstate commerce, drugs that were misbranded, in that said drugs were prescription drugs and not dispensed upon a prescription of a practitioner or pharmacy or pharmacist licensed by law to administer such a drug within the meaning of Title 21, United States Code, Section 353(b)(1)(B).

In violation of Title 21, United States Code, Sections 331(a), 353(b)(1)(B), and 333(a)(l), and Title 18, United States Code, Section 2.

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
U.S. Department of Justice

NICHOLAS K. PEONE
KELLY M. WARNER
Trial Attorneys
Health Care Fraud Section
National Fraud Enforcement Division
U.S. Department of Justice