IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:18-CR-00368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

**BREIMEISTER'S UNOPPOSED MOTION TO RETURN PASSPORT**

TO THE HONORABLE ALFRED H. BENNETT:

Defendant Scott Breimeister files this unopposed motion to return his passport and would show as follows:

I.

Mr. Breimeister surrendered his passport to the Probation Department when he was charged in 2018. The Court sentenced him to time-served today, and he is no longer supervised by the Probation Department. He respectfully requests that the Court order the Probation Department to release his passport either directly to Mr. Breimeister or to his counsel, Josh Schaffer.

**CONCLUSION**

Breimeister respectfully requests that the Court grant this motion.

Respectfully submitted,

*/s/ Josh Schaffer*
Josh Schaffer
TBN: 24037439
3411 Richmond Ave., Ste. 450
Houston, Texas 77046
(713) 951-9555
josh@joshschafferlaw.com

ATTORNEY FOR DEFENDANT
SCOTT BREIMEISTER

## CERTIFICATE OF SERVICE

I certify that I served this motion on counsel of record using the CM/ECF system on November 6, 2026.

*/s/ Josh Schaffer*
Josh Schaffer

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Kelly Warner, counsel for the Government, on November 6, 2026, and she does not oppose this motion.

*/s/ Josh Schaffer*
Josh Schaffer