United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

# ORDER

Defendant Scott Breimeister's unopposed motion to return his passport is **GRANTED**.

The United States Probation Department is **ORDERED** to release Mr. Breimeister's passport either directly to him or to his counsel, Josh Schaffer.

SIGNED ON November 9, 2026.

Honorable Alfred H. Bennett
United States District Judge